(July 28, 1921.)

In re Segregation of SCHOOL DISTRICT No. 37 from RURAL HIGH SCHOOL DISTRICT No. 1. RURAL HIGH SCHOOL DISTRICT No. 1 and GLENN O. SEWELL, Appellants, v. SCHOOL DISTRICT No. 37, PIERCE PUIS et al., Petitioners, and R. N. WRIGHT, as Clerk of the Board of County Commissioners of Nez Perce County, State of Idaho, and BOARD OF COUNTY COMMISSIONERS OF NEZ PERCE COUNTY, Respondents.

[200 Pac. 140.]

APPEAL from the Tenth Judicial District, for the County of Nez Perce. Hon. Wallace N. Scales, Judge.

Judgment of District Court affirming order of County Commissioners segregating school district from rural high school district. Affirmed.

Fred E. Butler, for Appellants.

Eugene O'Neill and Lawrence E. O'Neill, for Respondents.

Counsel rely upon authorities cited in *Rural High School Dist. No. 1 v. School Dist. No. 58, ante,* p. 222, 200 Pac. 138.

McCARTHY, J.—In this case the facts and questions of law are substantially the same as those presented to this court in the case of *Rural High School Dist. No. 1 v. School Dist. No. 58, ante,* p. 222, 200 Pac. 138. Upon the authority of that case, the judgment of the district court is affirmed. Costs are awarded to respondents.

Rice, C. J., and Budge, Dunn and Lee, JJ., concur.